UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONILA A. PONO, </br></br> Plaintiff, </br></br> v. </br></br> OWNIT MORTGAGE SOLUTIONS, et al., </br></br> Defendants. | Case No.: C 10-02979 PSG </br></br> **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

  Plaintiff filed the complaint in this action on July 7, 2010. The deadline for service was 120 days from that date, November 4, 2010. *See* Fed. R. Civ. P. 4(m). Thus, the time for service on Defendants has expired. No Defendant has been served. Additionally, the parties were required to file a Case Management Conference Statement on September 21, 2010 and to appear for a case management conference on September 28, 2010. *See* Order Setting Initial Case Management Conference and ADR Deadlines dated July 7, 2010 (Docket No. 2). None of the parties did so. Also, by September 21, 2010, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge. *See* Civ. L.R. 73-1(a)(1). None of the parties did so.

  If the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss the action. *See* Fed. R. Civ. P. 41(b). Accordingly,

  IT IS HEREBY ORDERED that Plaintiff show cause why the case should not be dismissed

ORDER, *page 1*

for failure to prosecute.  Plaintiff shall respond in writing no later than January 18, 2010.  If Plaintiff fails to show cause, this case will be reassigned to a district judge with a recommendation for dismissal.

Dated: December 28, 2010

PAUL S. GREWAL
United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

<u>copies mailed on</u>  *12/28/10*   <u>to:</u>

Leonila A. Pono
3038 East Hills Drive
San Jose, CA 95127

/s/ Kelly Lowenberg for<br>OSCAR RIVERA<br>Courtroom Deputy

ORDER, *page 3*