UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONILA A. PONO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OWNIT MORTGAGE SOLUTIONS, et al.,<br><br>　　　　　Defendants. | Case No.: C 10-02979 PSG<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

　　　　Plaintiff filed the complaint in this action on July 7, 2010. The deadline for service was 120 days from that date, November 4, 2010.[1] Thus, the time for service on Defendants has expired. No Defendant has been served. Additionally, the parties were required to file a case management conference statement on September 21, 2010 and to appear for a case management conference on September 28, 2010.[2] None of the parties did so. Also, by September 21, 2010, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge.[3] None of the parties did so.

　　　　On December 28, 2010, the court ordered Plaintiff to show cause why the case should not

---

[1] *See* Fed. R. Civ. P. 4(m).

[2] *See* 1/7/10 Order Setting Initial Case Mgmt. Conf. and ADR Deadlines (Docket No. 2).

[3] *See* Civ. L.R. 73-1(a)(1).

ORDER, *page 1*

be dismissed for failure to prosecute.  Plaintiff was ordered to respond in writing no later than January 18, 2010.  Plaintiff filed no response.

     IT IS HEREBY ORDERED that this case be reassigned to a district judge with a recommendation for dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Dated: February 7, 2011

```
                                    _____
                                    PAUL S. GREWAL
                                    United States Magistrate Judge
```

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

<u>copies mailed on 2/7/11 to</u>:

Leonila A. Pono
3038 East Hills Drive
San Jose, CA 95127

                                      <u>  /s/ Kelly Lowenberg for  </u>
                                      OSCAR RIVERA
                                      Courtroom Deputy